NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


THOMAS LESHER, DOC #D11313,  )
  )
      Appellant,  )
  )
v.  )    Case No. 2D17-2808
  )
STATE OF FLORIDA,  )
  )
      Appellee.  )
_____)

Opinion filed February 2, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pasco County; Mary M. Handsel, Judge.



PER CURIAM.


      Affirmed.


NORTHCUTT, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.